UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
Christian Louboutin S.A., Christian Louboutin, L.L.C. and :
Christian Louboutin, :
: No. 11-cv-2381 (VM)
                    Plaintiffs, :
: ECF Case
            v. :
: **STATEMENT PURSUANT TO**
Yves Saint Laurent America, Inc., Yves Saint Laurent : **RULE 7.1**
America Holding, Inc., Yves Saint Laurent S.A.S., *et al.* :
:
                    Defendants. :
:
-----------------------------------------------------------------------x

    This statement is submitted pursuant to Rule 7.1 of the Federal Rules of Civil Procedure in order to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal. The undersigned counsel of record certifies that Defendants Yves Saint Laurent America, Inc., Yves Saint Laurent America Holding, Inc. and Yves Saint Laurent S.A.S. are indirect wholly-owned subsidiaries of PPR (commonly referred to as "PPR Group" and formerly known as "Pinault-Printemps-Redoute"). PPR is a publicly traded company organized under the laws of France.

Dated: New York, New York
       May 20, 2011

                                Respectfully submitted,
                                DEBEVOISE & PLIMPTON LLP

                                    /s/ [David H. Bernstein]
                                David H. Bernstein (dhbernstein@debevoise.com)
                                Jyotin Hamid (jhamid@debevoise.com)
                                Jill van Berg (jvanberg@debevoise.com)
                                DEBEVOISE & PLIMPTON LLP
                                919 Third Avenue
                                New York, New York  10022
                                (212) 909-6000

                                *Attorneys for Yves Saint Laurent America, Inc.,*
                                *Yves Saint Laurent America Holding, Inc.,*
                                *and Yves Saint Laurent S.A.S.*

23418812v1