```
USDC SDNY        Marrero, S
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTIAN LOUBOUTIN S.A.; CHRISTIAN LOUBOUTIN, L.L.C.; and CHRISTIAN LOUBOUTIN,

        Plaintiffs,

v.

YVES SAINT LAURENT AMERICA, INC.; YVES SAINT LAURENT AMERICA HOLDING, INC.; YVES SAINT LAURENT S.A.S.; YVES SAINT LAURENT (an unincorporated association); JOHN AND JANE DOES A-Z (UNIDENTIFIED); and XYZ COMPANIES 1-10 (UNIDENTIFIED),

        Defendants.

CIVIL ACTION NO.: 11 Civ. 2381 (VM)

**AMENDED STIPULATED DISCOVERY AND BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION MOTION**

---

## AMENDED STIPULATED DISCOVERY AND BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION MOTION

IT IS HEREBY STIPULATED by and between counsel for Plaintiffs Christian Louboutin S.A., Christian Louboutin, L.L.C. and Christian Louboutin (collectively, "Plaintiffs") and Defendants Yves Saint Laurent America, Inc., Yves Saint Laurent America Holding, Inc., and Yves Saint Laurent S.A.S. (collectively, "Defendants") that the expedited discovery and briefing schedule set forth in the Stipulated Discovery and Briefing Schedule for Preliminary Injunction Motion dated April 21, 2011 shall be amended as follows:

1.     Plaintiffs and Defendants conducted depositions between May 23 and June 14, 2011, but for scheduling reasons one deposition will be conducted on the afternoon of June 17, 2011.

ME1 11864803v.1

2. By June 21, 2011, Plaintiffs may file an amended and updated Memorandum of Law in Support of the Motion for Preliminary Injunction, together with any supplemental supporting materials.

3. By July 12, 2011, Defendants shall serve their opposition papers to Plaintiffs' Motion for Preliminary Injunction.

4. By July 19, 2011, Plaintiffs shall serve their reply papers to Defendants' opposition papers to Plaintiffs' Motion for Preliminary Injunction.

5. The hearing on Plaintiffs' Motion for Preliminary Injunction shall be held by the Court on July 22, 2011 at 3:30 p.m., or at such other time as is agreed upon by counsel and the Court.

Dated: New York, New York
June 15, 2011

McCARTER & ENGLISH, LLP

By: _____
Harley I. Lewin
Lee Carl Bromberg

Harley I. Lewin, Bar. No. 1819
245 Park Avenue, 27th Floor
New York, NY 10167
Tel: (212) 609-6800
Fax: (212) 609-6921
hlewin@mccarter.com

Lee Carl Bromberg
265 Franklin Street
Boston, MA 02110
Tel: 617-449-6500
Fax: 617-443-6161
lbromberg@mccarter.com

*Attorneys for Plaintiffs*

DEBEVOISE & PLIMPTON LLP

By: _____
David H. Bernstein
Jyotin Hamid
Jill van Berg

David H. Bernstein
dhbernstein@debevoise.com
Jyotin Hamid
jhamid@debevoise.com
Jill van Berg
jvanberg@debevoise.com
919 Third Avenue
New York, New York 10022
Tel: 212-909-6696
Fax: 212-521-7696

*Attorneys for Defendants*

2

ME1 11864803v.1

SO ORDERED.

6-17-11
DATE     VICTOR MARRERO, U.S.D.J.