Rayna S. Feldman (rsfeldman@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6730

*Attorneys for Yves Saint Laurent America, Inc., Yves Saint Laurent America Holding, Inc., and Yves Saint Laurent S.A.S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Christian Louboutin S.A., Christian Louboutin, L.L.C. and Christian Louboutin, | Civil Action Number 11-cv-2381 (VM) |
| Plaintiffs, | ECF Case |
| -against- | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| Yves Saint Laurent America, Inc., Yves Saint Laurent America Holding, Inc., and Yves Saint Laurent S.A.S., *et al*. | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Yves Saint Laurent America, Inc., Yves Saint Laurent America Holding, Inc., and Yves Saint Laurent S.A.S., *et. al.* appear in the case captioned above by their counsel Rayna S. Feldman of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
       July 1, 2011

23463619v1

2

                                          DEBEVOISE & PLIMPTON LLP

                                   By: ____/s/ Rayna S. Feldman_____
                                        Rayna S. Feldman
                              rsfeldman@debevoise.com
                              DEBEVOISE & PLIMPTON LLP
                              919 Third Avenue
                              New York, New York 10022
                              (212) 909-6696

                              *Attorneys for Yves Saint Laurent America,*
                              *Inc., Yves Saint Laurent America Holding,*
                              *Inc., and Yves Saint Laurent S.A.S.*


TO:     Harley I. Lewin, Esq.
           McCarter & English, LLP
           245 Park Avenue, 27th Fl.
           New York, NY 10167

           Lee Carl Bromberg, Esq.
           McCarter & English, LLP
           265 Franklin Street
           Boston, MA 02110

           *Attorneys for Christian Louboutin*
           *S.A.,Christian Louboutin, L.L.C.,*
           *and Christian Louboutin*