David H. Bernstein (dhbernstein@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Jill van Berg (jvanberg@debevoise.com)
Rayna S. Feldman (rsfeldman@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6696

*Attorneys for Yves Saint Laurent America, Inc.,
Yves Saint Laurent America Holding, Inc.,
and Yves Saint Laurent S.A.S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| Christian Louboutin S.A., Christian Louboutin, L.L.C. and Christian Louboutin, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> vs. <br><br> Yves Saint Laurent America, Inc., Yves Saint Laurent America Holding, Inc., and Yves Saint Laurent S.A.S., et al., <br><br> Defendants/Counterclaim-Plaintiffs. | Civil Action Number 11-cv-2381 (VM) <br><br> ECF Case |

------------------------------------x

## **DECLARATION OF JYOTIN HAMID**

I, Jyotin Hamid, declare as follows:

1. I am over the age of 18 and competent to testify. I am a member of Debevoise & Plimpton LLP, attorneys for Yves Saint Laurent America, Inc., Yves Saint Laurent America Holding, Inc. and Yves Saint Laurent S.A.S., and I submit this declaration in opposition to the motion for a preliminary injunction of Christian

Louboutin S.A., Christian Louboutin, L.L.C. and Christian Louboutin (together, "Louboutin").

    2.    Attached hereto as Exhibits A through H are true and correct copies of:

        A.    Excerpts from the transcript of the deposition of Christian Louboutin, dated June 13, 2011.

        B.    Excerpts from the transcript of the deposition of Alexis Mourot, dated June 10, 2011.

        C.    Excerpts from the transcript of the deposition of Francesco Russo, dated June 17, 2011.

        D.    Promotional Document for 2008 Online Exhibition at the Fashion Institute of Technology entitled *Sole Desire: The Shoes of Christian Louboutin*, produced in discovery by Louboutin.

        E.    Images of YSL/Louboutin Collaboration Sandal, produced in discovery by Louboutin.

        F.    Christian Louboutin "Key Selling Tips" Sales Document, produced in discovery by Louboutin.

        G.    English-language translation of decision in *Zara France, S.A.R.L. et al. v. Louboutin, S.A. et al.*, Cour d'appel [CA] [regional court of appeal] Paris, 1e ch., June 22, 2011 (Fr.).

        H.    English-language translation of decision in *Christian Louboutin et al. v. S.A.R.L. Cesare Paciotti et al.*, Tribunal de grande instance [T.G.I.] [ordinary court of original jurisdiction] Paris, Dec. 5, 2007 (Fr.).

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of July, 2011 at New York, New York.

                                                                                 /s/ [Jyotin Hamid]