# Exhibit A



CONFIDENTIAL                                                                                                   YSL0000529

# Exhibit B

# WOMEN'S SHOES PRODUCT TRAINING

## Cruise 2011



YSL0003895

# DNA OF THE BRAND



o YSL ESPADRILLE ------ p 32

o YSL SYMBOLS -------- p 34

o YSL COLORS -----------p 33

o YSL PRINTS ----------– p 35

Case 1:11-cv-02381-VM   Document 34-1   Filed 07/12/11   Page 5 of 11

YSL0003925

# DNA OF THE BRAND – YSL COLORS

" A chaque coin de rue, à Marrakech, on croise des groupes impressionnants d'intensité, de relief, des hommes et des femmes où se mêlent des caftans roses, bleus, verts, violets….c'est étonnant de se dire qu'ils ne sont en fait que l'improvisation de la vie"

" On each corner of the street, in Marrakech, you find impressive group with intensity, with relief, men and women where rose, blue, green and violet caftans are mixed together…It is incredible you might think there are actually the improvisation of life"

*Yves Saint Laurent*

## 1967

In 1967, Mr. Saint Laurent discovered Marrakech. He bought his first house located in the medina. Dazed by the bright colored garments in the street of the city, he has been strongly inspired by this combination of vivid tints.

Throughout his collection, he has explored audacious mix creating the YSL color palette. Fuchsia/orange Rive Gauche logo and opium/purple Opium fragrance, are the emblematic association the designer has created



*1984*      *1996*      *1996*

## Cruise 2011

Quintessential YSL color palette creates a tonic and feminine look



YSL0003927

# TRIBUTE

## The Best-seller Tribute platform sandal in the season's mood

| | |
|---|---|
| **New variations** | ✓ Matching evening accessories with the stingray heel version: Y and Opera clutches for a sophisticated look<br>✓ Luxurious python variations matching the Roady and Muse Two bags for a daywear attitude and cocktail and Y clutches |
| **A signature look** | ✓ The sensational Tribute sandal in new variations with a perfect fit<br>✓ Recognizable interweaved work for a powerful and sophisticated attitude<br>✓ Available in 105 and 75 mm heel heights |

## Details

See more on the YSL color palette page 33


Novelty of the leather and stingray version


Large range of colors and textures


New grained embossed patent leather


Intricate strap for a recognizable style

## Offer

RPP 750€
RPP 750€
RPP 1095€



Tribute 259552 105mm
CFN20 Tecnor/Razza M
CFN30 Tecnor/Razza O
Tribute 228205 105mm
EGX00 Python cosmos

RPP 595€
RPP 570€
RPP 570€



Tribute 260077 105mm
CER00 Barny
Tribute 193098 105mm
BZC00 Brest
B8100 Vernice soft

RPP 750€
RPP 750€

Tribute 261360 75mm
CFN20 Tecnor/Razza M
CFN30 Tecnor/Razza O
Tribute 228206 75mm
EGX00 Python cosmos

RPP 570€
RPP 570€
RPP 595€



Tribute 193099 75mm
BZC00 Brest
B8100 Vernice soft
Tribute 261359 75mm
CER00 Barny

# TRIBTOO

## Best-seller TribToo pump in the new colors and materials

| | |
|---|---|
| **Fashionable fabrics and colors** | ✓ Trendy fabric of the season, cotton and linen denim matching the RTW collection with metallic stitching<br>✓ Bright colors in refined suede or smooth leather: vivid red or classic navy and light beige colors matching handbags collection |
| **Must-have item** | ✓ An essential carried-over style to complement your everyday wardrobe<br>✓ A perfect fit on a 105 and 80 mm heel heights<br>✓ Excellent price positioning |

### Details

See more on the YSL color palette page 33


New shiny leather for a gorgeous attitude


Refined stiletto heel, as an Yves Saint Laurent signature


Rounded shape for an ultra feminine look


Matching outsole and lining

### Offer



RPP 575€    RPP 575€    RPP 575€    RPP 575€

   

Tribtoo 208786/209947 105/80mm
C2000 Kid scamosciato
CFN00 Tecnorefex
B3400 Nappa

Tribtoo 236402 105mm
Tribtoo 231171 80mm
F1C00 Jeans toronto

Tribtoo 220564/221034 105/80mm
C2000 Kid scamosciato
B3400 Nappa
CFN00 Tecnorefex

Tribtoo 231169 105mm
Tribtoo 231171 80mm
F1C00 Jeans toronto

YSL0003909

# PALAIS

## The Best-seller wintery fashion show pump in a summery version

| **A powerful attitude** | ✓ The Fall/Winter 2010 pump and slingback in a new small open-toe version<br>✓ Elongated silhouette thanks to the iconic platform and elegant heel in matching colors |
|---|---|
| **Icon in-progress** | ✓ Available in many variations: smooth leather, bright suede and silky satin<br>✓ Amazing color palette of the season: vivid sugar pink and red suede, classic black, navy, beige and red leather, chic black and nude satin<br>✓ 105 and 80 mm heel heights at a good price positioning |

## Details

See more on the YSL color palette page 33


Bright satin, colorful suede and leather variations to perfectly match the RTW


Soft geometrical line for a unique look


Small open-toe for a mid-season offer


Ultra feminine heel

## Offer


RPP 550€
RPP 530€
RPP 495€
Palais 259512 105mm
CHM00 Unicorno
C2000 Kid scamosciato
Palais 259771 105mm
F1400 Raso


RPP 570€
RPP 550€
Palais 259513 105mm
CHM00 Unicorno
C2000 Kid scamosciato


RPP 550€
RPP 530€
RPP 495€
Palais 259515 80mm
CHM00 Unicorno
C2000 Kid scamosciato
Palais 259489 80mm
F1400 Raso


RPP 570€
RPP 550€
RPP 530€
Palais 259516 80mm
CHM00 Unicorno
C2000 Kid scamosciato
Palais 259832 80mm
F1400 Raso

# WOODSTOCK

## Fashionable retro platform for a powerful attitude

| | |
|---|---|
| **SELF-CONFIDENT** | ✓ Massive platform and heel empower the silhouette with an ultra comfortable feeling – 75 mm heel height<br>✓ Neutral color palette or bicolor version perfectly matching the accessories collection |
| **Sense of details** | ✓ Draped effect or piping in contrast for a sophisticated look<br>✓ All styles are stretch or adjustable with metallic buckle or leather lace<br>✓ High quality leather on all styles for a luxurious feeling<br>✓ All-over leather or amazing metalized hand-braided leather* |
| | ↪ * <u>Nappa silk</u>: 1/ All-over perforation of the panel - 2/ Preparation of small piping in matching leather – 3/ Hand-weave the whole surface 4/ Braided panels are applied on heel and platform |

## Details


Retro feeling thanks to a draped leather effect


Massive heel and platform for a self-confident attitude


Natural color palette to go with the handbags collection


A unique hand-braided metalized nappa leather for a gorgeous style

## Offer

RPP 670€         RPP 640€         RPP 695€





Woodstock 259438 75mm     Woodstock 259439 75mm     Woodstock 259441 75mm
CHM00 Unicorno            CHM00 Unicorno            CHM00 Unicorno

# WOODSTOCK

## Offer

RPP 820€



Woodstock 259442 55mm
BZC10 Brest/Nappa silk

RPP 850€



Woodstock 259444 55mm
BZC10 Brest/Nappa silk

## Cross selling

YSL0003900