# Exhibit C

YVES SAINT LAURENT
RIVE GAUCHE

CL005768

# Exhibit D



CL004480


CL004478

PrintWhatYouLike on Yves Saint Laurent Gisele 80 Pump at Barneys New York — Page 1 of 1



