UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

CHRISTIAN LOUBOUTIN S.A. et al, Plaintiff,

Case No. 1:11-cv-02381-VM

-against-

YVES SAINT LAURENT AMERICA, INC. et al,    Defendant.
-----------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Harley I. Lewin**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: HL1819    My State Bar Number is 1281823

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Greenberg Traurig, LLP
            FIRM ADDRESS: MetLife Building, 200 Park Ave., Fl 14, NY, NY 10166
            FIRM TELEPHONE NUMBER: 212-801-9200
            FIRM FAX NUMBER: 212-801-6400

NEW FIRM:   FIRM NAME: McCarter & English, LLP
            FIRM ADDRESS: 245 Park Avenue, 27th Fl, NY, NY 10167
            FIRM TELEPHONE NUMBER: 212-609-6800
            FIRM FAX NUMBER: 212-609-6921

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: July 26, 2011

ATTORNEY'S SIGNATURE