UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN LOUBOUTIN S.A.; CHRISTIAN LOUBOUTIN, L.L.C.; and CHRISTIAN LOUBOUTIN,<br><br>Plaintiffs,<br><br>v.<br><br>YVES SAINT LAURENT AMERICA, INC.; YVES SAINT LAURENT AMERICA HOLDING, INC.; YVES SAINT LAURENT S.A.S.; YVES SAINT LAURENT (an unincorporated association); JOHN AND JANE DOES A-Z (UNIDENTIFIED); and XYZ COMPANIES 1-10 (UNIDENTIFIED),<br><br>Defendants. | Civil Action No.: 11 Civ. 2381 (VM)<br><br>ECF Case<br><br>U.S. DISTRICT COURT<br>FILED<br>AUG 1 2 2011<br>D.S.<br>S.D. OF N.Y. |

### NOTICE OF APPEAL

Notice is hereby given that Christian Louboutin S.A., Christian Louboutin, L.L.C., and Christian Louboutin, plaintiffs in the above-named matter, hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order denying plaintiffs' Application for a Preliminary Injunction entered in this action on August 10, 2011 (the "Decision and Order"). A copy of the Decision and Order is attached hereto as Exhibit A.

Dated: August 12, 2011

McCARTER & ENGLISH, LLP

By: /s/ Harley I. Lewin
Lee Carl Bromberg

Harley I. Lewin
245 Park Avenue, 27th Floor
New York, NY 10167
Tel: (212) 609-6800
Fax: (212) 609-6921
hlewin@mccarter.com

ME1 12116889v.1

Lee Carl Bromberg
265 Franklin Street
Boston, MA 02110
Tel: (617) 449-6500
Fax: (617) 607-9200
lbromberg@mccarter.com

*Attorneys for Plaintiffs Christian Louboutin S.A., Christian Louboutin, L.L.C., and Christian Louboutin*

ME1 12116889v.1