```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHRISTIAN LOUBOUTIN S.A. et al.,    :
                                    :      11 Civ. 2381 (VM)
                        Plaintiffs, :
                                    :      ORDER
        - against -                 :
                                    :
YVES SAINT LAURENT AMERICA, INC.    :
et al.,                             :
                                    :
                        Defendants. :
------------------------------------X
```

**VICTOR MARRERO**, **United States District Judge.**

By Decision and Order dated August 10, 2011, the Court scheduled a case management conference for August 17, 2011. The parties request that the conference be adjourned. Accordingly, the conference previously scheduled for August 17, 2011 at 2:00 p.m. is adjourned to August 19, 2011 at 9:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
          15 August 2011

                                          _____
                                             VICTOR MARRERO
                                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/11