**MANDATE**

N. Y.S.D. Case #
11-cv-2381(VM)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of September, two thousand twelve.

Before: JOSÉ A. CABRANES,
      CHESTER J. STRAUB,
      DEBRA ANN LIVINGSTON,
         *Circuit Judges*.

_____

CHRISTIAN LOUBOUTIN S.A., CHRISTIAN LOUBOUTIN, L.L.C., CHRISTIAN LOUBOUTIN,

    Plaintiffs-Counter-Defendants-Appellants,

    v.

YVES SAINT LAURENT AMERICA HOLDING, INC., YVES SAINT LAURENT S.A.S., YVES SAINT LAURENT AMERICA, INC.,

    Defendants-Counter-Claimants-Appellees,

YVES SAINT LAURENT, (an unincorporated assocation), JOHN DOES, A TO Z, (Unidentified), JANE DOES, A TO Z, (Unidentified), XYZ COMPANIES, 1 TO 10, (Unidentified),

    Defendants-Appellees.

_____

JUDGMENT
Docket No.: 11-3303

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 27, 2012

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the District Court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the District Court is AFFIRMED in part, REVERSED in part, and REMANDED for further proceedings in accordance with the opinion of this Court.

Pursuant to 15 U.S.C. § 1119 the Director of the United States Patent and Trade Office

MANDATE ISSUED ON 09/27/2012

shall make appropriate entry upon that Office's records to reflect that U.S. Trademark Registration No. 3,361,597, held by Christian Louboutin and dated January 1, 2008, is limited to a red lacquered outsole on footwear that contrasts with the color of the adjoining ("upper") portion of the shoe.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature]*