David H. Bernstein (dhbernstein@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Rayna S. Feldman (rsfeldman@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Yves Saint Laurent America, Inc.,*
*Yves Saint Laurent America Holding, Inc.,*
*and Yves Saint Laurent S.A.S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| Christian Louboutin S.A., Christian Louboutin, L.L.C. and Christian Louboutin,<br><br>       Plaintiffs/Counterclaim-Defendants,<br><br>vs.<br><br>Yves Saint Laurent America, Inc., Yves Saint Laurent America Holding, Inc. and Yves Saint Laurent S.A.S., et al.,<br><br>       Defendants/Counterclaim-Plaintiffs. | Civil Action Number 11-cv-2381 (VM)<br><br>ECF Case |

------------------------------------- x

### NOTICE OF MOTION TO DISMISS DEFENDANTS/COUNTERCLAIM-PLAINTIFFS' COUNTERCLAIMS VOLUNTARILY

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, dated the 16th day of October, 2012, and upon all prior pleadings and proceedings herein, Defendants/Counterclaim-Plaintiffs Yves Saint Laurent America, Inc., Yves Saint Laurent America Holding, Inc. and Yves Saint Laurent S.A.S. (collectively, "YSL"), by and through their attorneys, Debevoise & Plimpton LLP, will move this Court on a date and time to be set by the Court, before the Honorable Victor Marrero, United States District Judge, at the

United States Courthouse, United States District Court Southern District of New York, 500 Pearl Street, New York, New York, for an order pursuant to Fed. R. Civ. P. 41(a)(2) and (c): (1) dismissing YSL's counterclaims for cancellation <u>without</u> prejudice; and (2) dismissing YSL's counterclaims for tortious interference and unfair competition <u>with</u> prejudice, and for such other and further relief as the Court may deem just and proper.

Dated:     New York, New York
           October 16, 2012

                            DEBEVOISE & PLIMPTON LLP

                            /s/ *David H. Bernstein*
                            David H. Bernstein (dhbernstein@debevoise.com)
                            Jyotin Hamid (jhamid@debevoise.com)
                            Rayna S. Feldman (rsfeldman@debevoise.com)
                            DEBEVOISE & PLIMPTON LLP
                            919 Third Avenue
                            New York, New York  10022
                            (212) 909-6696
                            *Attorneys for Yves Saint Laurent America, Inc.,*
                            *Yves Saint Laurent America Holding, Inc.,*
                            *and Yves Saint Laurent S.A.S.*

To:   Harley I. Lewin, Esq.
      McCarter & English, LLP
      245 Park Avenue, 27th Floor
      New York, New York 10167

      Lee Carl Bromberg, Esq.
      McCarter & English, LLP
      265 Franklin Street
      Boston, MA 02110