UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/12

------------------------------------x
:
Christian Louboutin S.A., Christian Louboutin,
L.L.C. and Christian Louboutin,                  :

      Plaintiffs/Counterclaim-Defendants, :

vs.                                              :   Civil Action Number 11-cv-2381 (VM)

Yves Saint Laurent America, Inc., Yves Saint     :   ECF Case
Laurent America Holding, Inc., and
Yves Saint Laurent S.A.S.,                       :
                                                 :
      Defendants/Counterclaim-Plaintiffs. :
                                                 :
------------------------------------x

## ORDER OF DISMISSAL

In this action, by and between Plaintiffs/Counterclaim-Defendants Christian Louboutin S.A., Christian Louboutin, L.L.C. and Christian Louboutin (collectively, "Louboutin") and Defendants/Counterclaim Plaintiffs Yves Saint Laurent America, Inc., Yves Saint Laurent America Holding, Inc., and Yves Saint Laurent S.A.S. (collectively, "YSL"), IT IS HEREBY ORDERED as follows:

    1.    Louboutin acknowledges that based on the Second Circuit's decision, Louboutin has no further claims in this case or otherwise arising from the trademark of Louboutin as modified by the Court of Appeals against YSL over red monochrome shoes.

2. In accordance with YSL's unopposed motion, YSL's first, second, third and fourth counterclaims for cancellation of Louboutin's trademark registration are dismissed without prejudice.

3. In accordance with YSL's unopposed motion, YSL's fifth and sixth counterclaims are dismissed with prejudice.

SO ORDERED.

This 27th day of December, 2012.

Victor Marrero
United States District Judge

SO ORDERED. The Clerk of Court is directed to terminate any pending motions in this action and to close this case.

SO ORDERED.

12-27-12
Date        Victor Marrero, U.S.D.J.